David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8845 W Flamingo, Rd., Ste., 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALI SAREH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE, d/b/a/ FARMERS; and DOES 1-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: |

## **PETITION FOR REMOVAL**

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEVADA:

PLEASE TAKE NOTICE that Defendant/Petitioner, Farmers Insurance Exchange (hereinafter "Defendant"), and through their attorneys, The Feldman Firm, hereby removes the State action described herein to Federal Court. The grounds for removal are as follows:

1. On August 1, 2017, an action was commenced in the Eighth Judicial District Court, Clark County, Nevada, entitled "*Ali Sareh vs. Farmers Insurance Exchange, d/b/a Farmers and Does 1-X, inclusive, and Roe Corporations I-X, inclusive;* Case No. A-17-759300-C.

2. A copy of all process, pleadings and orders served upon Defendant Farmers Insurance Exchange in the State Court action are attached hereto as **Exhibit 1**.

3. This Petition is filed timely pursuant to 28 U.S.C. §1446(b).

4. This action is a civil action of which this Court has diversity jurisdiction under the

1   provisions of 28 U.S.C. §1332 and 28 U.S.C. §2201, and is one which may be removed to this
2   Court by Petitioner pursuant to the provisions of 28 U.S.C. §1441(b).

3        5.    There is a diversity of citizenship between Plaintiff Ali Sareh, and the insuring
4   entity, Defendant Farmers Insurance Exchange. Defendant is informed and believes that Plaintiff,
5   Ali Sareh was and still is a citizen of the State of Nevada. Defendant Farmers Insurance Exchange
6   was at the time of the filing of this action, and still is a corporation incorporated in the State of
7   California.

8        6.    The matter in controversy exceeds $75,000.00. In addition to Plaintiff seeking
9   damages in an amount in excess of $30,000.00 under the uninsured/underinsured portion of the
10  policy of insurance with Mid-Century Insurance Company (*See* Complaint, p.3, enumerated
11  paragraphs 12-13, attached hereto as **Exhibit 2**; Demand Letter from Plaintiff's counsel, Geoffrey
12  W. Hawkins, Esq., dated November 7, 2016, p. 1, ¶ 3, seeking policy limits, attached here as
13  **Exhibit 3**) (which has $30,000.00 in underinsured motorist limits per person/$60,000.00 for each
14  occurrence (*Id.*)), Plaintiff seeks general damages for Breach of Contract for an amount in excess
15  of $15,000.00; Breach of The Implied Covenant of Good Faith and Fair Dealing damages in an
16  amount in excess of $15,000.00; Bad Faith damages in an amount in excess of $15,000.00; Unfair
17  Practices in Settling Claims damages in an amount in excess of $15,000.00; special damages in
18  excess of $15,000.00; punitive damages in excess of $15,000.00; and attorneys' fees and costs (*See*
19  Complaint, **Exhibit 2,** p. 3, enumerated ¶ 16, p. 4, enumerated ¶ 26, p. 5, enumerated ¶ 32, p. 6,
20  enumerated ¶ 38, p. 6, Prayer for Relief, enumerated items 1-4). When considered in the
21  aggregate, the amount sought by Calhoun in the case at bar exceeds the $75,000.00 jurisdictional
22  limit at issue. Given those claims against this national insurance company, it is clear that Plaintiff
23  is seeking punitive damages in excess of $75,000.00.

24       7.    Defendant was served through the Nevada Division of Insurance on August 8, 2017.
25  (*See* **Exhibit 1**).

26       8.    Pursuant to 28 U.S.C. §1446, a copy of this Petition for Removal is being filed with
27  the Clerk of the Eighth Judicial District Court, Clark County, Nevada, and is further served on all
28  parties hereto.

9.      Defendant Farmers Insurance Exchange will also timely file a Notice of Removed Action in the Eighth Judicial District Court, Clark County, Nevada, a true and correct copy of which is attached as **Exhibit 4**, 28 U.S.C. § 1446(d).

### JURY DEMAND

Defendant Farmers Insurance Exchange demands a trial by jury on all issues appropriate for jury determination.

WHEREFORE, Defendant Farmers Insurance Exchange hereby removes the State action now pending against it in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-17-759300-C, to this Court.

DATED this ____ day of September, 2017.

THE FELDMAN FIRM

By: _____
David J. Feldman, Esq.
Nevada Bar No. 5947
8845 West Flamingo Rd., Suite 210
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the ___6___ day of September, 2017, I mailed a true and correct copy of the foregoing **PETITION FOR REMOVAL** in a sealed envelope with postage fully prepaid addressed to the following:

GEOFFREY W. HAWKINS, ESQ.
CHRISTOPHER A. ECCLES, ESQ.
HAWKINS MELENDREZ, P.C.
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ghawkins@hawkinsmelendrez.com
ceccles@hawkinsmelendrez.com

_____
An Employee of THE FELDMAN FIRM

4